UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 2:24-cv-01004 KJM SCR P<br><br><br>FINDINGS & RECOMMENDATIONS |

By order filed June 26, 2024, the magistrate judge previously assigned to this case dismissed plaintiff's complaint and granted plaintiff thirty days leave to file an amended complaint. The time granted to file an amended complaint has expired. Although plaintiff filed objections to the findings and recommendations to deny plaintiff's requests for preliminary injunctive relief, plaintiff has not filed an amended complaint or otherwise responded to the court's order to file an amended complaint.

Accordingly, for the reasons set forth in the screening order dated June 26, 2024 (ECF No. 11), IT IS HEREBY RECOMMENDED that this action be dismissed for failure to state a claim.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 21 days after being served with these findings and recommendations, plaintiff may file written objections with

the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: August 13, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE