UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ROBERT GALLEGOS,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | No. 2:24-cv-01004-DC-SCR (PC)<br><br>ORDER ADOPTING AMENDED FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. Nos. 3, 9, 10, 11, 20, 21) |

Plaintiff Benjamin Robert Gallegos, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 25, 2024, the magistrate judge issued amended findings and recommendations.[1] (Doc. No. 21.) Therein, the magistrate judge recommended Plaintiff's August 26, 2024 motion for injunctive relief be denied and his first amended complaint be dismissed without further leave to amend for failure to state a claim. (*Id*. at 6.) The amended findings and recommendations were served on the parties and contained notice that any objections thereto

---

[1] As part of the September 25, 2024 amended findings and recommendations, the magistrate judge issued an order vacating findings and recommendations issued on August 14, 2024. (Doc. No. 21 at 2, 6.)

1

1 were to be filed within twenty-one (21) days after service. (*Id*. at 6.) On October 17, 2024,
2 Plaintiff filed objections to the magistrate judge's amended findings and recommendations. (Doc.
3 No. 23.) On March 20, 2025, Plaintiff filed a request for "Judicial Notice to reconsider [the]
4 motion for Injunctive Relief[,]" which the court construes as additional objections for the court's
5 consideration. (Doc. No. 24.) Plaintiff's objections do not provide a basis upon which to reject the
6 amended findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the amended findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The amended findings and recommendations issued on September 25, 2025 (Doc. No. 21) are ADOPTED in full;
2. Plaintiff's motion for injunctive relief (Doc. No. 20) is DENIED;
3. Plaintiff's first amended complaint (Doc. No. 19) is dismissed without further leave to amend for failure to state a claim;
4. Plaintiff's other pending motions (Doc. Nos. 3, 9, 10) are DENIED as moot;
5. The magistrate judge's June 26, 2024 findings and recommendations (Doc. No. 11) are terminated; and
6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 16, 2025**

Dena Coggins
United States District Judge